**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| AMANDA DOYLE,<br><br>Plaintiff,<br><br>v.<br><br>AARGON AGENCY, INC.,<br><br>Defendant, | Case No. 2:20-cv-000041-RFB-NJK<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Counsel for Plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant Aargon Agency, Inc., according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendant Aargon Agency, Inc.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to close this case.

DATED this 5th day of August, 2020.

_____

**RICHARD F. BOULWARE, II**
**United States District Judge**